IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LARRY STAPLETON,<br>    Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner<br>of Social Security,<br>    Defendant. | Civil Action No: 3:15-cv-00209<br><br>Judge RICE<br>Magistrate Judge NEWMAN |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby:

ORDERED that the stipulation to remand pursuant to sentence four of 42 U.S.C. § 405(g) is accepted. The Commissioner's decision is remanded for further administrative proceedings.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ's) decision, and the Commissioner will conduct further proceedings, consider new medical evidence documenting the recurrence of Plaintiff's cancer, and develop the administrative record as necessary to determine anew whether Plaintiff is under a disability as defined by the Social Security Act.

Date: 10-7-15                      Entered: _____